Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
AUG 2 4 2010
BY_____
DEPUTY CLERK

In re: )
 )
BARBOUR, LLOYD ALAN ) Case No. 09-62047 WEA
BARBOUR, REBECCA TUCK )
 )
        Debtors ) Chapter 7
_____)

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet (Exhibit A) indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: August 10, 2010

_____
GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

# Exhibit A

In Re: Barbour, Lloyd Alan
      Barbour, Rebecca Tuck
      Case No. 09-62047; Lynchburg Division

Name of creditor:  David D. Childress, DDS, PC
Address:             Piedmont Credit & Collection Srvs.
                     P.O. Box 1596
                     Danville, VA 24543

This represents unsecured claimant no. 7-- amount filed: $55.50.   Payout is $4.95 disbursed to the U.S. Bankruptcy Court Clerk, since the check is for less than $5.00.

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT  WESTERN  DISTRICT OF  VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: LLOYD & REBECCA BARBOUR | Case Number: 09-62047 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): DAVID D. CHILDRESS, DDS, PC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: PIEDMONT CREDIT & COLLECTION SRVS. PO BOX 1596 DANVILLE, VA 24543  Telephone number: (434) 792-4022 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.  ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 3700 | Check here  ☐ replaces  if this claim  ☐ amends  a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other_____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:___
  Unpaid compensation for services performed
  From _____ to _____
  (date)        (date)

**2. Date debt was incurred:** 07/22/2008

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim  $ 55.50

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate       ☐ Other_____
- ☐ Motor Vehicle

Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**  $  55.50  _____  _____  55.50
                                                   (unsecured)  (secured)  (priority)  (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 10/22/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  *Katherine Bartee*  KATHERINE BARTEE | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

David D. Childress, DDS, PC
1108 Main Street
Danville, VA 24541
(434)792-9036 x

## PATIENT TRANSACTIONS

Account:    ( 613700) Lloyd Barbour
Patient:    ( 613701) Rebecca L Barbour

| Date | Patient | ID | Code | DS | Dr | * | T | Surf | Description | Prod. Charges | Chg Adj | Payment | Pay Adj | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/08 | Rebecca L | 613701 | 220 | 1 | 1 | A | 19 | | Intraoral-Periapical | 14.00 | | | | |
| 07/22/08 | Rebecca L | 613701 | 7210 | 1 | 1 | A | 19 | | Surgical Rmvl,Erupted Tth | 185.00 | | | | 14.00 |
| 07/22/08 | Rebecca L | 613701 | 7140 | 1 | 1 | A | 20 | | Extraction-erupted tooth or expo | 100.00 | | | | 199.00 |
| 07/22/08 | Rebecca L | 613701 | | 1 | 1 | A | | | Cash Payment | | | | | 299.00 |
| 08/05/08 | Rebecca L | 613701 | 2 | 1 | | A | | | Insurance Check Payment | | | 97.00 | | 202.00 |
| 10/22/09 | Rebecca L | 613701 | 50 | 1 | 1 | A | | | RISK WRITEOFF/CH 7 | | | 146.50 | | 55.50 |
| | | | | | | | | | CH 7 | | -55.50 | | | 0.00 |

PATIENT TOTALS    299.00    0.00    -55.50    243.50    0.00    0.00

Total Tax on productions and charges:    $0.00

## PATIENT AGING

| | Current | 30 days | 60 days | 90 days | Credits | Total |
|---|---|---|---|---|---|---|
| Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 |

Account BP Balance:    $0.00

created by: WITT

Current Dental Terminology (CDT) © American Dental Association (ADA). All rights reserved.

Page 1 of 1

10/22/09 12:23p